FILED
CLERK, U.S. DISTRICT COURT

APR 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            *das*        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 12-0969M |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DETENTION** |
| MARVIN GEOVANI TERRAZA-PALMA, | ) | |
| Defendant. | ) | |

I.

A.      ( ) On motion of the Government involving an alleged:

1.      ( ) crime of violence.

2.      ( ) offense with maximum sentence of life imprisonment or death.

3.      ( ) narcotics or controlled substance offense with maximum sentence of ten or more years.

4.      ( ) felony where defendant was convicted of two or more prior offenses described above.

5.      ( ) felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   (X) On motion by the Government ( ) the court's own motion, in a case allegedly involving:

(X) the further allegation by the Government that there is:

1.   (X) a serious risk defendant will flee.

2.   ( ) a serious risk defendant will:

a.  ( ) obstruct or attempt to obstruct justice.

b.  ( ) threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government is ( ) is not (X) entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

The court has considered:

A.   the nature and circumstances of the offense(s), including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor or a controlled substance, firearm, explosive, or destructive device;

B.   the weight of evidence against the defendant;

C.   the history and characteristics of the defendant; and

D.   the nature and seriousness of the danger to any person or to the community.

## III.

The court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report.

## IV.

A.   The court finds that no condition or combination of conditions will reasonably assure:

1.   (X) the appearance of defendant as required.

( ) and/or

2.   ( ) the safety of any person or the community.

B.   The court bases the foregoing finding(s) on the following:

1.   (X)  Flight Risk:  The history and characteristics indicate a serious risk that defendant will flee because:  <u>(1) he lacks bail resources; (2) his background is unverified; (3) his immigration status is undocumented; and (4) defendant submitted to detention request.</u>

2.   (  )  Danger:  Defendant poses a risk to the safety of other persons or the community because: _____

3.   (X)  <u>See also</u> Pretrial Services Report/Memorandum.

4.   (  )  Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## V.

A.   The court finds that a serious risk exists that defendant will:

1.   (  ) obstruct or attempt to obstruct justice.

2.   ( ) threaten, injure or intimidate a witness or juror.

3.   (  ) attempt to threaten, injure or intimidate a witness or juror.

B.   The court bases the foregoing finding(s) on the following:

_____

(  )  <u>See also</u> Pretrial Services Report/Memorandum.

## VI.

A.   IT IS THEREFORE ORDERED, without prejudice, that defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.   IT IS FURTHER ORDERED that defendant be afforded a reasonable opportunity for private consultation with counsel.

1    D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on

2          request of any attorney for the Government, the person in charge of the corrections

3          facility in which defendant is confined shall deliver defendant to a United States

4          marshal for the purpose of an appearance in connection with a court proceeding.

5    DATED: _____April 24_____, 2012.

6

7                                                    F___ M. Olg__
                                                    Fernando M. Olguin
8                                                   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28